```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20993
    RANDALL POLK
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER


          Debtor
    SSN XXX-XX-4914


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/11/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 09/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    14266.00            .00            .00
WELLS FARGO BANK          NOTICE ONLY      NOT FILED           .00            .00
VILLAGE OF DOLTON         SECURED               .00            .00            .00
TAMMY TAYLOR              NOTICE ONLY      NOT FILED           .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS      NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY         NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED           .00            .00
AT&T                      UNSECURED        NOT FILED           .00            .00
B&W TRUCK REPAIR INC      UNSECURED        NOT FILED           .00            .00
BRINKS HOME SECURITY SYS  UNSECURED        NOT FILED           .00            .00
CHARTER ONE               UNSECURED        NOT FILED           .00            .00
CHARTER ONE BANK          UNSECURED        NOT FILED           .00            .00
CHICAGO DEPT OF REVENUE   UNSECURED         2465.00            .00            .00
CITY OF CHICAGO DEPT OF   NOTICE ONLY      NOT FILED           .00            .00
CITY CHICAGO DEPT OR REV  UNSECURED        NOT FILED           .00            .00
COMCAST                   UNSECURED        NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00            .00
CRITERION CLAIM SOLUTION  UNSECURED        NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00            .00
INOVATIVE BK              UNSECURED        NOT FILED           .00            .00
OAK FOREST HOSPITAL       UNSECURED        NOT FILED           .00            .00
LASALLE BANK              UNSECURED        NOT FILED           .00            .00
LVNV FUNDING              UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED        NOT FILED           .00            .00
OAK FOREST HOSPITAL       UNSECURED        NOT FILED           .00            .00
SPRINT                    UNSECURED        NOT FILED           .00            .00
STATE FARM INSURANCE      UNSECURED        NOT FILED           .00            .00
STATE OF IL COMMERCE COM  UNSECURED        NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED        NOT FILED           .00            .00
COOK COUNTY               UNSECURED        NOT FILED           .00            .00
VILLAGE OF DOLTON         UNSECURED         1502.20            .00            .00
MELVIN J KAPLAN           DEBTOR ATTY      2,500.00                           .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                           494.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 20993 RANDALL POLK
```

Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     494.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                   494.00
                         ---------------    ---------------
TOTALS                      494.00              494.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/29/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 20993 RANDALL POLK